IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| HERMAN M. HODAPP, | * |
| | * |
| Plaintiff, | * |
| vs. | *   No. 4:19-cv-00467-SWW |
| | * |
| | * |
| LIBERTY LIFE INSUANCE | * |
| COMPANY OF BOSTON and | * |
| NUCOR CORPORATION, | * |
| | * |
| Defendants. | * |

## ORDER

Pursuant to the stipulation of dismissal filed by the plaintiff [doc.#3], Nucor Corporation is dismissed from this action.

IT IS SO ORDERED this 12th day of July 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE