# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| HERMAN M. HODAPP, | * |
| | * |
| Plaintiff | * |
| vs. | * No. 4:19-cv-00467-SWW |
| | * |
| | * |
| LIBERTY LIFE INSUANCE | * |
| COMPANY | * |
| Defendant | * |

## ORDER

Plaintiff reports that this dispute has been settled, and he moves for dismissal of this action with prejudice. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the motion [ECF No. 6] is GRANTED, and this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 1st DAY OF APRIL, 2020.

                                          Susan Webber Wright
                                          UNITED STATES DISTRICT JUDGE